UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)

| | |
|---|---|
| ROBERT SCHILLING,<br><br>       Plaintiff,<br><br>v.<br><br>RICHARD "JAKE" WASHBURNE, *et al.*,<br><br>       Defendants. | Case No. 3:21-cv-22<br><br>**Certificate of Mailing** |

  NOW COMES the Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 4 (e)(1) and Va. Code § 8.01-296 (2)(b), and states as follows:

1. As evidenced by the Return on Service, ECF No. 4, T. Rhodes, a private process server, attempted to serve the summons and complaint in this matter upon Defendant Mallek at his residence.

2. The process server was unable to locate any individual at the residence, and therefore posted the summons and complaint as contemplated by Va. Code § 8.01-296 (2)(b).

3. As required by Va. Code § 8.01-296 (2)(b), I have now deposited a copy of the summons and complaint into the U.S. Mail, addressed to Defendant Mallek, with First Class Postage prepaid, along with a copy of the aforementioned Notice. See Exhibit A.

Respectfully submitted this the 25th day of June, 2021,

ROBERT SCHILLING
By Counsel

/s/ Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
Phone: (434) 202-4224
Email: Matt@MatthewHardin.com