Matthew D. Hardin
Hardin Law Office
1725 I Street NW
Suite 300
Washington DC 20006

Lee Mollek
4826 Advance Mills Road
Earlysville VA 22936

