IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ROBERT SCHILLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21cv00022 |
| | ) | |
| RICHARD "JAKE" WASHBURNE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS OF DEFENDANTS WASHBURNE AND MALLEK**

Defendants Richard Washburne and Leo Mallek, by counsel, move this Court pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff Robert Schilling's

Complaint.  For the reasons stated in the accompanying Memorandum in Support of Motion to

Dismiss, the Plaintiff failed to state a claim against Defendants Washburne and Mallek upon

which relief can be granted.

WHEREFORE, Defendants Richard Washburne and Leo Mallek respectfully move the

Court to dismiss the Complaint against them as more specifically set out in the accompanying

memorandum, and award them such other relief as the Court deems just and proper.

RICHARD "JAKE" WASHBURNE
and LEO MALLEK

By /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr., Esq. (VSB #22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendants Richard Washburne and
Leo Mallek*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 14th day of July, 2021, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Matthew D. Hardin, Esq.
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
matt@matthewhardin.com
*Counsel for Plaintiff*

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr., (VSB #22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendants Richard Washburne and
Leo Mallek*