# Matthew D. Hardin
# Hardin Law Office

1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com



EXHIBIT A

July 6, 2021

Virginia Division of Risk Management
Post Office Box 1879
Richmond, VA 23218-1879

Jeff Richardson
Albemarle County Executive
401 McIntire Road
Charlottesville, VA 22902

    Re:  **NOTICE OF CLAIM**
           Pursuant to Va. Code § 15.2-209 and Va Code § 8.01-195.6

To whom it may concern:

    Please consider this Notice of Claim which I am filing on behalf of my client, Robert Schilling. On June 8, 2021, Mr. Schilling was at the Woodbrook Precinct in Albemarle County. In an attempt to prohibit Mr. Schilling from voting without wearing a mask, two individuals laid hands on Mr. Schilling and committed various torts as more fully detailed herein.

    The two individuals in question have not yet been identified by name, but are listed as John Doe # 1 and John Doe # 2 in the enclosed federal lawsuit (the factual allegations and claims of which I incorporate here by reference). On information and belief, the two John Does were employees of either Albemarle County, the Commonwealth of Virginia, or both the state and county governments (including subdivisions or departments of such governments) at the time of the events set forth in the suit. The events of June 8 took place at a voting precinct that is collocated with a school in Albemarle County.

    Mr. Schilling alleges, on information and belief, that the Commonwealth of Virginia, the State Board of Elections, the Virginia Department of Elections, the Virginia Department of Education, the Albemarle County Electoral Board, the Albemarle County General Registrar, the Albemarle County School Board, the County of Albemarle, or some combination of the foregoing, are liable for his injuries arising from the events described herein. Such liability is in addition to and/or joint with the liability of individuals who have already been named as defendants in the enclosed federal suit.

    The events complained of in the suit took place on property owned by Albemarle County and/or one of its constituent departments, and Albemarle County failed to ensure Mr. Schilling's safety at the time of the events complained of herein. Moreover, Albemarle County and/or the Commonwealth of Virginia, by or through the employees and/or agencies listed above, is responsible for negligent hiring and/or negligent training which led to the acts Mr. Schilling alleges took place on June 8.

NOTICE OF CLAIM
July 6, 2021
Page 2

Please feel free to contact me with any questions.

Regards,

*[signature]*

Matthew D. Hardin

```
              UNITED STATES
              POSTAL SERVICE.

                   BAGDAD
                4629 FORSYTH ST
               BAGDAD, FL 32530-9998
                  (800)275-8777
07/06/2021                         03:31 PM

Product            Qty   Unit      Price
                         Price
------------------------------------------
First-Class Mail®   1              $1.60
  Large Envelope
    Charlottesville, VA 22902
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
        Sat 07/10/2021
  Certified Mail®                  $3.60
    Tracking #:
      70183090000141581385
  Return Receipt                   $2.85
    Tracking #:
      9590 9402 5565 9249 9757 09
Total                              $8.05

First-Class Mail®   1              $1.60
  Large Envelope
    Richmond, VA 23218
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
        Sat 07/10/2021
  Certified Mail®                  $3.60
    Tracking #:
      70183090000141581392
  Return Receipt                   $2.85
    Tracking #:
      9590 9402 5565 9249 9756 93
Total                              $8.05

First-Class Mail®   1              $2.00
  Large Envelope
    Washington, DC 20530
    Weight: 0 lb 5.70 oz
    Estimated Delivery Date
        Sat 07/10/2021
  Certified Mail®                  $3.60
    Tracking #:
      70183090000141581408
  Return Receipt                   $2.85
    Tracking #:
      9590 9402 5565 9249 9756 86
Total                              $8.45

First-Class Mail®   1              $2.00
  Large Envelope
    Washington, DC 20530
    Weight: 0 lb 5.60 oz
    Estimated Delivery Date
        Sat 07/10/2021
  Certified Mail®                  $3.60
    Tracking #:
      70183090000141581415
  Return Receipt                   $2.85
    Tracking #:
      9590 9402 5565 9249 9756 79
Total                              $8.45

First-Class Mail®   1              $2.00
  Large Envelope
    Washington, DC 20585
    Weight: 0 lb 5.70 oz
    Estimated Delivery Date
        Sat 07/10/2021
  Certified Mail®                  $3.60
    Tracking #:
      70183090000141581422
  Return Receipt                   $2.85
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Charlottesville, VA 22902

Certified Mail Fee: $3.60    0942 19
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage: $1.60
Total Postage and Fees: $8.05
Postmark Here: 07/06/2021

Sent To: Jeff Richardson, Albemarle Co. Executive
Street and Apt. No., or PO Box No.: 401 McIntire Rd
City, State, ZIP+4: Charlottesville, VA 22902

7018 3090 0000 1415 8135



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Richmond, VA 23218

Certified Mail Fee: $3.60    0942 19
Extra Services & Fees
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage: $1.60
Total Postage and Fees: $8.05
Postmark Here: 07/06/2021

Sent To: VA Division of Risk Management
Street and Apt. No., or PO Box No.: PO Box 1879
City, State, ZIP+4: Richmond, VA 23218

7018 3090 0000 1415 8142

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Virginia Division of Risk Management
   PO Box 1879
   Richmond VA 23218

   9590 9402 5565 9249 9756 93

2. Article Number (Transfer from service label)

   7018 3090 0001 4158 1392

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt