## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Robert Schilling**  )  CASE NO.: 3:21CV22
)
v.  )  DATE: 7/29/21
)
**Richard Jake Washburne, et al**  )
)
TYPE OF HEARING: Motion Hrg and  )  Time in Court: 9:31-9:45=14 minutes
Scheduling Conference

*****************************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe  6.
2. Matthew Hardin  7.
3. Jim Guynn  8.
4.  9. deputy clerk – Karen Dotson
5.  10.

*****************************************************************************

CD NO(S). Recorded using AT&T Conference Manager   RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 9:31 | 1,2,1, | 41 | 3,1,2 | | | | | | |
|  | 4,1,9 | 42 | 1,3 | | | | | | |
| 32 | 1,2,1 | 43 | 1 | | | | | | |
|  | 2,1 | 44 | 1,2,1 | | | | | | |
| 33 | 2,1,3 | 45 | 3,1 | | | | | | |
| 34 | 1,4 | | | | | | | | |
| 35 | 1,2 | | | | | | | | |
| 36 | 1 | | | | | | | | |
| 37 | 2 | | | | | | | | |
| 38 | 1,2 | | | | | | | | |
| 39 | 1 | | | | | | | | |
| 40 | 2,1,2 | | | | | | | | |
|  | 1 | | | | | | | | |