# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Robert Schilling**

**vs.**

**Richard Jake Washburne, et al**

Action No:   3:21CV22

Date:   7/29/21

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)

Matthew Hardin

Defendant Attorney(s)

Jim Guynn

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Motion Hearing:
Doc #10 – Motion to Amend/Correct Pretrial Order

Mr. Hardin argues motion
Court amends deadlines
Court will issue order

Time in court: 9:31-9:45=14 minutes