IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Robert Schilling, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:21cv00022 |
| | ) | |
|     v. | ) | ORDER |
| | ) | |
| Richard Jake Washburne, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

Before the Court is Plaintiff's Motion to Amend Pretrial Scheduling Order. ECF No. 10. The Court held a hearing on the record at which the parties appeared by counsel. For the reasons stated on the record, the motion is GRANTED IN PART. All deadlines in the Pretrial Order shall remain in effect, except that the deadline for a party to move to amend a pleading is extended to ninety (90) days from the entry of the Pretrial Order. Plaintiff shall respond to the motion to dismiss no later than August 6, 2021.

It is so ORDERED.

ENTERED: July 29, 2021

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge