IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT SCHILLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21cv00022 |
| ) | |
| RICHARD "JAKE" WASHBURNE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT RULE 26(f) PLAN**

The parties, come, pursuant to Fed. R. Civ. P. 26(f), having met and conferred, to respectfully submit the Joint Discovery Plan (the "Plan") as set forth below:

**I.    Nature and basis of claims and defenses and the possibilities for promptly settling or resolving the case.**

The parties have discussed the general nature and basis of each other's claims and defenses and the possibilities for promptly settling or resolving the case.

**II.   Rule 26(f) Discovery Plan.**

Pursuant to Rule 26(f) and the July 19, 2021 Pretrial Order (Dkt. No. 8), the parties jointly propose the following agreed plan supplementing/amending the discovery provisions set forth in the Pretrial Order:

(A)    Plaintiff shall make his Rule 26(a)(2) expert witness disclosures on or before April 30, 2022.  Defendant shall make expert witness disclosures on or before June 30, 2022.

(B)    The parties hereby invoke the protections of Federal Rule of Evidence 502 and specifically 502(d) and (e).

(C)    The parties do not anticipate the need for limitations on discovery.

1

(D) The parties agree to transmit and/or serve discovery requests and responses by electronic means (e.g. electronic mail and/or electronic file sharing means).

(E) The parties agree to resolve discovery disputes, including disputes concerning protective orders, if necessary, in the following manner: 1) telephone conference ("meet and confer") between the parties to discuss the discovery issue(s); followed by (2) informal teleconference with the assigned United States Magistrate Judge; followed by (3) filing of a Motion requesting the Court take formal action.

AGREED:

/s/ Matthew D. Hardin
Matthew D. Hardin, Esq.
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
MatthewDHardin@protonmail.com


/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr., Esq.
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
JimG@guynnwaddell.com
*Counsel for Defendants Richard Washburne and Leo Mallek*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 11th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Matthew D. Hardin, Esq.
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
MatthewDHardin@protonmail.com
*Counsel for Plaintiff*

               /s/ Jim H. Guynn, Jr.
               Jim H. Guynn, Jr., (VSB #22299)
               Guynn, Waddell, Carroll & Lockaby, P.C.
               415 S. College Avenue
               Salem, Virginia  24153
               Phone: 540-387-2320
               Fax:    540-389-2350
               Email: jimg@guynnwaddell.com
               *Attorney for Defendants Richard Washburne and Leo Mallek*