IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Robert Schilling, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:21cv00022 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Richard Jake Washburne, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

    Before the Court is the parties' Joint Rule 26(f) Plan ("Plan"). ECF No. 19. Finding good cause, the Court hereby ADOPTS the deadline modifications proposed in the Plan and AMENDS the Pretrial Order, ECF No. 8, as follows:

    Plaintiff's Initial Expert Disclosure                         April 30, 2022

    Defendants' Initial Expert Disclosure                       June 30, 2022

    It is so ORDERED.

ENTERED: August 17, 2021

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge