# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Robert Schilling** | Action No:   3:21CV00022 |
| | Date:   7/15/2022 |
| vs. | Judge:   Norman K. Moon |
| | Court Reporter:   Mary Butenschoen |
| **Richard Jake Washburne, et al** | Deputy Clerk:   Heidi N. Wheeler |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Matthew Hardin | Jim Guynn |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | |

PROCEEDINGS:
VIDEO MOTION HEARING [6] Motion to Dismiss     10:08-10:48= 48 min.

Parties presents through counsel for hearing on motion to dismiss.

Mr. Guynn argues defense motion.

Mr. Hardin responds.   Remarks by Court.

Mr. Guynn responds.

Order will issue.