# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# (Charlottesville Division)

| | |
|---|---|
| Robert Schilling,<br><br>             Plaintiff,<br><br>v.<br><br>Jake Washburne, *et al*.<br>             Defendants. | Case No. 3:21-cv-22<br><br>NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO AMEND |

NOW COMES the Plaintiff, Robert Schilling, by and through undersigned counsel, and gives Notice, in the interest of judicial economy, that the identity of the John Does has now been disclosed to him. Because the disclosure of the identities of the John Does will necessitate a Motion for Leave to Amend, and because the disclosure of their identities may have some bearing on the facts which can be articulated to support liability for the other two Plaintiffs under various theories, Plaintiff believes it is fair to give Notice of this development insofar as it may moot or otherwise impact the pending Motion to Dismiss, which was heard on September 15, 2021.

Respectfully submitted this the 23rd day of September, 2021,

ROBERT SCHILLING
By Counsel:

/s/ Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
Phone: (434) 202-4224
Email: Matt@MatthewHardin.com

## Certificate of Service

I hereby certify that on this the 23rd day of September, 2021, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will electronically serve all counsel of record.

/s/ Matthew D. Hardin
Matthew D. Hardin