UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ROBERT SCHILLING,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD "JAKE" WASHBURNE, *et al.*,<br><br>                Defendants. | Case No. 3:21-cv-22<br><br>CONSENT MOTION FOR ENTRY OF ORDER |

NOW COMES the Plaintiff, by and through undersigned counsel, and requests entry of the attached proposed order. In support of this Motion, Plaintiff represents that all counsel have conferred and that Mr. Guynn has confirmed that he agrees to the submission of this order, which grants amendment of the Complaint, dismisses one defendant without prejudice, and spares the parties and the court from the burden of re-briefing some of the claims at issue.

WHEREFORE, Plaintiff requests, with the consent of defense counsel, that the attached order be entered.

Respectfully submitted this the 26th day of November, 2021,

ROBERT SCHILLING

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com