**The Marston Agency, Inc.**  
11535 Nuckols Road, Suite A  
Glen Allen, VA 23059  
(800) 308-7790 - (804) 967-9300 (Richmond)

11/30/21

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Robert Schilling | **Court:** | United States District Court |
| **Defendant:** | Leo Mallek, et al | **Case:** | 3:21-cv-22 |
| **Serve:** | Lawrence Bouterie<br>1521 Still Meadow Cove<br>Charlottesville, VA 22901 | **Return Date:**<br>**Time:** | |
| **Contact:** | Matthew D. Hardin<br>1725 I Street NW, Suite 300<br>Washington, DC 20006 | **Phone:**<br>**Reference:** | 4342024224 |

**Type(s) of Writ(s)**                                                                                     paper:3207731

Summons and Complaint

Witness/Defendant Lawrence Bouterie was served according to law, as indicated below:

**(X) PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

**( ) SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

**( ) POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

**( ) BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

**( )** Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.  
**( )** Certified Mail  
**( )** Not Found  
**( )** Served on Secretary of the Commonwealth

I, _Thomas_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _12-2-21_     Served Time: _0946_

_____  
Signature of Process Server

**Notary**

State of: Virginia     County/City of: Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this _3_ day of Nov/Dec 20 _21_

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 723036 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**



AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Robert Schilling )
)
_____ )
*Plaintiff* )
v. ) Civil Action No. 3:21-cv-22
)
Leo Mallek, et al. )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lawrence Bouterie
1521 Still Meadow Cove
Charlottesville, VA 22901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT



Date: 11/30/2021          s/ Dylan Gaddes
                            *Deputy Clerk*

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-22

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lawrence Bouterie__

was received by me on *(date)* __11-30-21__.

☒ I personally served the summons on the individual at *(place)* __1521 Still Meadow Cove Charlottesville, VA 22901__ on *(date)* __12/2/21__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/2/21__

_____
Server's signature

__T Thomas__ __Server__
Printed name and title

The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
Server's address

Additional information regarding attempted service, etc: