IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT SCHILLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21cv00022 |
| | ) |
| LEO MALLEK, | ) |
| DAVID CAREY, and | ) |
| LAWRENCE BOUTERIE, | ) |
| | ) |
| Defendants. | ) |

**ANSWER OF DEFENDANT LAWRENCE BOUTERIE**

Defendant Lawrence Bouterie, by counsel, responds to the numbered allegations in the First Amended Complaint as follows:

1. The allegations in paragraph 1 do not require response. To the extent a response is required, Defendant denies the allegations in paragraph 1.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 2, 3, 4, and 5.

3. Defendant denies the allegations in paragraph 6.

4. Paragraph 7 is a statement of law to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and states that it is a question to be decided by the Court.

5. With regard to paragraph 8, Defendant admits that Plaintiff makes allegations in paragraph 8 and Defendant denies that the allegations in paragraph 8 are true.

6. The allegations in paragraph 9 do not pertain to this Defendant and do not require a response by this Defendant. To the extent a response is required, Defendant denies the allegations in paragraph 9.

7. With regard to paragraph 10, Defendant admits that Plaintiff makes allegations in paragraph 10 and Defendant denies the allegations in paragraph 10.

8. Paragraphs 11-15 are statements of law to which no response is required. To the extent a response is required, Defendant denies the allegations in paragraphs 11-15.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 16, 17, and 18.

10. Paragraphs 19, 20, 21, and 22 are statements of law to which no response is required. To the extent a response is required, Defendant denies violation of the constitutional provisions in paragraphs 19, 20, 21, and 22.

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 23, 24, 25, 26, 27, 28, 29, 30, and 31.

12. With regard to paragraphs 32, 33, 34, and 35, Defendant admits having a conversation with Plaintiff and denies all other allegations in paragraphs 32, 33, 34, and 35.

13. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 36, 37, 38, 39, and 40.

14. Defendant denies the allegations in paragraph 41.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 42.

16. Defendant denies the allegations in paragraphs 43-74.

17. Defendant denies all allegations in the First Amended Complaint not expressly admitted herein.

18. Defendant denies that he is indebted or liable to the Plaintiff for the amounts or reasons set forth in the First Amended Complaint or any other amounts or reasons whatsoever.

19. Defendant cannot be held liable by virtue of the doctrines of sovereign, qualified, and/or governmental immunity.

20. Defendant had sufficient cause to justify his touching of Plaintiff and therefore cannot be liable for assault, battery, or false imprisonment.

                                                LAWRENCE BOUTERIE

                                                By /s/ Jim H. Guynn, Jr.
                                                Jim H. Guynn, Jr., Esq. (VSB #22299)
                                                Guynn, Waddell, Carroll & Lockaby, P.C.
                                                415 S. College Avenue
                                                Salem, Virginia  24153
                                                Phone: 540-387-2320
                                                Fax:    540-389-2350
                                                Email:  jimg@guynnwaddell.com
                                                *Attorney for Defendant Lawrence Bouterie*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Matthew D. Hardin, Esq.
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
matt@matthewhardin.com
*Counsel for Plaintiff*

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr., (VSB #22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendant Lawrence Bouterie*