# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

ROBERT SCHILLING,

                   *Plaintiff,*

v.

RICHARD WASHBURNE, *et al.*,

                   *Defendants.*

CASE NO. 3:21-cv-00022

ORDER

JUDGE NORMAN K. MOON

    Defendant Leo Mallek's motion to dismiss the Amended Complaint, Dkt. 6, is granted in part and denied in part in accordance with the memorandum opinion accompanying this Order. The motion is **GRANTED** with respect to Count Two and **DENIED** with respect to all other counts.

    It is so **ORDERED**.

    The Clerk of the Court is hereby directed to send this Order to all counsel of record.

    Entered this  18th  day of March 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE