AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| ROBERT SCHILLING | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00022 |
| LEO MALLEK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Leo Mallek, David Carey, and Lawrence Bouterie

Date:   04/01/2022

*Attorney's signature*

Travis S. Andrews (VSB #90520)
*Printed name and bar number*

Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, VA 24153

*Address*

travisa@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*