IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ROBERT SCHILLING,

    Plaintiff,

v.

LEO MALLEK, DAVID CAREY, and
LAWRENCE BOUTERIE,

    Defendants.

CASE NO. 3:21-cv-00022-NKM-JCH

## JOINT MOTION TO STAY

NOW COME the Plaintiff, Robert Schilling, by and through his undersigned counsel, and the Defendants Leo Mallek, David Carey, and Lawrence Bouterie, by and through their undersigned counsel, and jointly request that this case be stayed indefinitely, or in the alternative, for 30 days. In support of this Motion, the Parties state as follows:

1. The Parties have agreed to the terms of a settlement agreement and have executed a written settlement agreement. The settlement agreement called for this case to be dismissed 15 days *after* a payment is received by Mr. Schilling. Mr. Schilling has not yet received that payment.

2. Insofar as this matter appears likely to be dismissed as part of an imminent settlement, neither of the Parties wishes for this matter to remain on the Court's active docket or for the case to utilize the resources of the Parties or the Court.

3. It is in the interests of justice and of judicial economy to stay this case so that discovery and other deadlines not continue to run while a settlement is finalized.

4. The Parties anticipate that within 30 days, this matter will either be dismissed pursuant to the settlement agreement or the Parties will jointly move to lift the stay and impose a new scheduling order in this matter.

WHEREFORE, the Parties jointly move that this matter be stayed indefinitely or, in the alternative, for at least 30 days.

Dated:  August 4, 2022

ROBERT SCHILLING
By Counsel:

/s/ Matthew D. Hardin
Matthew D. Hardin, VSB# 87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: Matt@MatthewHardin.com

Respectfully submitted,

LEO MALLEK, DAVID CAREY,
LAWRENCE BOUTERIE

By counsel,

/s/ Travis S. Andrews
Jim H. Guynn, Jr., Esq. (VSB No. 22299)
Travis S. Andrews (VSB No. 90520)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
Email: travisa@guynnwaddell.com

*Counsel for Defendants Leo Mallek, David Carey, and Lawrence Bouterie*