IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT SCHILLING,<br><br>                Plaintiff,<br><br>v.<br><br>LEO MALLEK, DAVID CAREY, and LAWRENCE BOUTERIE,<br><br>                Defendants. | CASE NO. 3:21-cv-00022-NKM-JCH |

**[PROPOSED] ORDER ON JOINT MOTION TO STAY**

This matter is before the Court on the joint Motion of the parties for a stay. ECF No. 43. For good cause shown, the Joint Motion is GRANTED. This matter is hereby STAYED and the scheduling order at ECF Nos. 8 and 22, is hereby VACATED.

IT IS SO ORDERED this the ___ day of August, 2022.

_____
Judge