IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ROBERT SCHILLING,

       Plaintiff,

v.

LEO MALLEK, DAVID CAREY, and
LAWRENCE BOUTERIE,

       Defendants.

CASE NO. 3:21-cv-00022-NKM-JCH

**MOTION TO WITHDRAW AS ATTORNEY AND**
**<u>MEMORANDUM IN SUPPORT THEREOF</u>**

      Travis S. Andrews, associated with the law firm Guynn, Waddell, Carroll & Lockaby, P.C. ("Guynn Waddell"), and counsel for Defendants Leo Mallek, David Carey, and Lawrence Bouterie, hereby respectfully moves to withdraw as counsel pursuant to Local Rule 6(i) and Federal Rule of Civil Procedure 7. Mr. Andrews seeks to withdraw as attorney because he will be departing Guynn Waddell on August 8, 2022. Defendants will continue to be represented by Guynn Waddell, specifically Mr. Jim H. Guynn, Jr., and have consented to Mr. Andrews's withdrawal as counsel.

      Wherefore, Mr. Andrews respectfully requests that this Court grant this Motion to withdraw as attorney for Defendants.

Dated:  August 5, 2022

Respectfully submitted,

*/s/ Travis S. Andrews.*
Travis S. Andrews (VSB No. 90520)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: TravisA@guynnwaddell.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Matthew D. Hardin, Esq.
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
matt@matthewhardin.com

*Counsel for Plaintiff*

*/s/ Travis S. Andrews.*
Travis S. Andrews (VSB No. 90520)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: TravisA@guynnwaddell.com

*Counsel for Defendants*