IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT SCHILLING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21cv00022 |
| | ) |
| LEO MALLEK, DAVID CAREY, and LAWRENCE BOUTERIE, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, ROBERT SCHILLING, and Defendants, LEO MALLEK, DAVID CAREY, and LAWRENCE BOUTERIE, by and through their undersigned counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Amended Complaint are hereby dismissed with prejudice as to future action, subject only to the Court's continuing jurisdiction to enforce the terms of the parties' settlement agreement under *Kokkonen v. Guardian Life Ins. of America*, 511 U.S. 375 (1994).

Agreed and stipulated this 25th day of August 2022.

**ROBERT SCHILLING,**
**Plaintiff**

By: /s/ Matthew D. Hardin
Matthew D. Hardin (VSB #87482)
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
Phone: 434-202-4224
Email: matt@matthewhardin.com
*Counsel for Plaintiff*

1

**LEO MALLEK, DAVID CAREY, and
LAWRENCE BOUTERIE
Defendants**

By:   /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Email: jimg@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr., Esq.
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
jimg@guynnwaddell.com
*Counsel for Defendants*

/s/ Matthew D. Hardin
Matthew D. Hardin (VSB #87482)
Hardin Law Office
1725 I Street, Suite 300
Washington, DC 20006
Phone: 434-202-4224
Email: matt@matthewhardin.com
*Counsel for Plaintiff*

2