UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROBERT SCHILLING, | ) |
| Plaintiff, | ) CASE NO. 3:21-CV-00022 |
| | ) Hon. Norman K. Moon |
| vs. | ) |
| LEO MALLEK, DAVID CAREY, and LAWRENCE BOUTERIE, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Dkt. 47, it is hereby **ORDERED** that the entire action and all claims in Plaintiff's Amended complaint are **DISMISSED** with prejudice as to future action, subject only to the Court's continuing jurisdiction to enforce the terms of the parties' settlement agreement under *Kokkonen v. Guardian Life Ins. of America*, 511 U.S. 375 (1994). The Clerk of Court is directed to strike this case from the Court's active docket.

It is so **ORDERED**

The Clerk of Court is directed to send this Order to all counsel of record.

ENTERED THIS __26th__ day of August, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE